UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN MCCAFFREY,

    Plaintiffs,

v.

REPUBLIC SERVICES, INC.,

    Defendants.

Case No. 23-cv-06224-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  3/29/2024

FURTHER CASE MANAGEMENT: 6/28/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/24/2024.

DESIGNATION OF EXPERTS: 10/31/2024; REBUTTAL: 11/14/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/8/2024;
    Opp. Due: 11/22/2024; Reply Due: 12/2/2024;
    and set for hearing no later than 12/13/2024 at 10:00 AM.

EXPERT DISCOVERY CUTOFF is: 1/23/2025.

MOTIONS IN LIMINE DUE:  2/21/2025
PRETRIAL PAPERWORK DUE:  3/11/2025
PRETRIAL CONFERENCE DATE: 3/25/2025 at 1:30 PM.

JURY TRIAL DATE: 4/7/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: March 12, 2024

                                           SUSAN ILLSTON
                                           United States District Judge